**DeAndre L. ASKEW, Appellant,**

v.

**SEARS ROEBUCK AND COMPANY,**
**Appellee.**

No. 09–1186.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 4, 2009.

Filed: Dec. 9, 2009.

DeAndre L. Askew, St. Louis, MO, pro se.

Frances S.P. Barbieri, Charles Edwin Reis, IV, Littler & Mendelson, St. Louis, MO, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

DeAndre Askew appeals the District Court's [1] adverse grant of summary judgment in his civil action asserting discriminatory termination and defamation. He also appeals the District Court's dismissal of his related assault claim for lack of jurisdiction, and the denial of his motion to compel. We find no error in the Court's denial of Askew's motion to compel, *see* Fed.R.Civ.P. 33, 34, 37(a)(3), or in the dismissal of Askew's assault claim, which

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

arose out of a work-related confrontation between Askew and another employee, *see* Mo.Rev.Stat. § 287.120 (exclusive rights and remedies under Missouri Workers' Compensation Law); *Skit Int'l, Ltd. v. DAC Techs. of Ark., Inc.*, 487 F.3d 1154, 1156 (8th Cir.) (*de novo* standard of review), *cert. denied*, 552 U.S. 991, 128 S.Ct. 495, 169 L.Ed.2d 340 (2007); *Person v. Scullin Steel Co.*, 523 S.W.2d 801, 803–04 (Mo.1975) (en banc) (assaults that are outgrowth of frictions generated by work itself are covered under Missouri Workers' Compensation Law). Upon careful review of the record, *see Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (*de novo* standard of review), we also conclude that summary judgment was proper for the reasons explained by the District Court.

Accordingly, we affirm.